Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

January 8, 2007

Clerk, U.S. District Court
for the District of South Carolina
John L. McMillan Federal
Building and U.S. Courthouse
401 West Evans Street
Florence, SC 29501

> In re: U.S.A. vs Orlando Luwilliam Harper
> Probation/Supervised Release Transfer
> Your Case Numbers: 3:05-497-1
> Our Case Number: PT 07-344

Dear Clerk,

Our office is in receipt of a Transfer of Jurisdiction of Probation/Supervised Release form 22, filed pursuant to 18 U.S.C. 3605.

Kindly forward certified copies of the docket sheet, Indictment/Information, and Judgment and Commitment Order for both cases to our office.

I am forwarding a certified copy of the original transfer of jurisdiction order for your records.

Thank you for your assistance in this matter.

Very truly yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _Linda Pugh, (202) 354 - 3173_
Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office