FILED

APR 23 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. **Orlando Harper**               Docket No.: **1:07-pt-00344-TFH**

## REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** Orlando Harper to participate and successfully complete a residential and/or substance abuse treatment program, to include drug testing, as approved by the United States Probation Office.

## ORDER OF COURT

Considered and ordered this ____17th____ day of ____April____, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Court

____4/17/07____
Date

PROB 49
(3/89)

# United States District Court

FILED
APR 23 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Washington District of Columbia

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Special Condition:

**The defendant shall participate and successfully complete a residential and/or substance abuse treatment program, to include drug testing, as approved by the United States Probation Office.**

Witness _____  Signed _____
U.S. Probation Officer                   Probationer or Supervised Releasee

3/30/07
Date