# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. **Orlando Luwilliam Harper**                Docket No.: **PT-07-0344**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a Hearing on Violation of supervised release with voluntary appearance of **Orlando Harper** before the Magistrate Judge on _to be releb_ _____, at _____, and proceed with the hearing scheduled for Docket No. PT-07-0346.

*by Judge Facciola.*
*TFH*

MAy 12th @ 10:15 AM
Before MAg. Judge KAy

### ORDER OF COURT

Considered and ordered this ___28th___ day of ___April___, 2008.

_____
**Thomas F. Hogan**
**United States Chief Judge**