# WARRANT FOR ARREST

102881<span>4</span>

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ORLANDO LUWILLIAM HARPER<br><br>_____<br><br>DOB:            PDID# | DOCKET NO  PT: 07-344 (TFH) | MAGIS NO |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>ORLANDO LUWILLIAM HARPER<br><br>**FILED**<br>MAY 2 2 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |

| WARRANT ISSUED ON THE BASIS OF | DISTRICT OF ARREST |
|---|---|
| [X] Order of Court      [ ] Information<br>[ ] Indictment            [ ] Complaint | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR HEARING ON VIOLATION OF SUPERVISED RELEASE

(Original Charge : 18:513(a) and 2 : Possessing, Passing, Uttering, Publishing or Selling a Security of an Organization and Aiding and Abetting)

*RECEIVED WARRANT SECTION 2008 MAY 20 AM 11: 58*

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION | |
|---|---|---|
| BAIL FIXED BY COURT<br>HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>MAGISTRATE JUDGE ALAN KAY | JUDGE/MAGISTRATE JUDGE<br>*(signature)* | DATE ISSUED<br>May 16, 2008 |
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK<br>*(signature)* | DATE<br>May 19, 2008 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>5/22/08<br>DATE EXECUTED<br>5/22/08 | NAME AND TITLE OF ARRESTING OFFICER<br>*(signature)* | SIGNATURE OF ARRESTING OFFICER<br>*(signature)* #4118 |